UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL KUESTER,<br><br>           Plaintiff,<br><br>      v.<br><br>DHL EXPRESS (USA), INC., et al.,<br><br>           Defendants. | Case No.  14-cv-04428-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, September 28, 2015 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION | Compliance Hearing re name of private mediator set Friday, 3/27/15 at 9:01am |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court approval |
| NON-EXPERT DISCOVERY CUTOFF: | September 1, 2015 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: September 15, 2015<br>Rebuttal: September 30, 2015 |
| EXPERT DISCOVERY CUTOFF: | October 16, 2015 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | January 5, 2016 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, March 25, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | April 1, 2016 |
| PRETRIAL CONFERENCE: | Friday, April 15, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, May 2, 2016 at 8:30 a.m. for 5 days<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet
2  and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance
3  hearing on Friday, March 25, 2016 at 9:01 a.m. is intended to confirm that counsel have reviewed
4  the Court's Pretrial Setting Instructions and are in compliance therewith.  The compliance hearing
5  shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.
6  Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page
7  JOINT STATEMENT confirming they have complied with this requirement or explaining their
8  failure to comply.  If compliance is complete, the parties need not appear and the compliance
9  hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have
10 submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.
11  Parties are advised that while the Court set a trial date in this action, the trial date may be
12 advanced if the calendar opens.  Said trial date will not be sooner than eight (8) weeks after the
13 close of discovery.
14 As set forth above, the parties are REFERRED to private mediation.  The parties shall provide the
15 Court with the name of an agreed-upon mediator by March 20, 2015  by filing a JOINT Notice.  A
16 compliance hearing regarding shall be held on Friday, March 27, 2015 on the Court's 9:01a.m.
17 calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1.  By
18 March 20, 2015m the parties shall file either the JOINT Notice or a one-page JOINT
19 STATEMENT setting forth an explanation for their failure to comply.  If compliance is complete,
20 the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic
21 appearances will be allowed if the parties have submitted a joint statement in a timely fashion.
22     Parties are advised that while the Court set a trial date in this action, the trial date may be
23 advanced if the calendar opens.  Said trial date will not be sooner than eight (8) weeks after the
24 close of discovery.
25     The parties must comply with both the Court's Standing Order in Civil Cases and Standing
26 Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All
27 Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.
28

**IT IS SO ORDERED.**

Dated: March 3, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge