UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CAROL KUESTER**,

    Plaintiff,

v.

**DHL EXPRESS (USA), INC., ET AL.**,

    Defendants.

Case No. 14-cv-04428-YGR

**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING**

The Court understands, based upon the representations of the parties, that the above-captioned case has settled. Accordingly, all pending motion, case management, and trial dates are **VACATED**. A compliance hearing regarding the parties' settlement in this action shall be held on Friday, July 31, 2015, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) a Stipulation of Dismissal or (b) a one-page Joint Statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: May 28, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**