**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
6/19/2015

1 | Cary Kletter (SBN 210230)
2 | Email: ckletter@kletterlaw.com
   | Sally Trung Nguyen (SBN 267275)
3 | Email: snguyen@kletterlaw.com
   | KLETTER LAW FIRM LLP
4 | 1900 S. Norfolk Street, Suite 350
   | San Mateo, CA 94403
5 | P: 415.434.3400

6 | Attorneys for Plaintiff,
7 | CAROL KUESTER

8 | Jason Geller (SBN 168149)
   | Email: jgeller@laborlawyers.com
9 | Boris Sorsher (SBN 251718)
   | Email: borsher@laborlawyers.com
10 | FISHER & PHILLIPS LLP
11 | 2050 Main Street, Suite 1000
    | Irvine, CA 92614
12 |
13 | Attorneys for Defendant
    | SKY COURIER INC. dba DHL SAME DAY
14 | (erroneously sued as DHL Express (USA) Inc.
    | dba DHL Same Day)
15 |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| CAROL KUESTER, an individual, | Civ. Case No. 14-cv-04428 YGR |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** ; ORDER |
| v. | |
| DHL EXPRESS (USA), INC. dba DHL SAME DAY; and DOES 1 THROUGH 20, inclusive, | |
| Defendants. | |

STIPULATION OF DISMISSAL WITH PREJUDICE

- 1 -

IT IS HEREBY STIPULATED by Plaintiff Carol Kuester ("Kuester") and Defendant Sky Courier Inc. dba DHL Same Day ("Defendant," collectively "the Parties"), by and through their respective undersigned counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This dismissal is intended to be effective even "without a court order." Fed. R. Civ. P. 41(a)(1)(A).

Pursuant to the terms of the Settlement Agreement entered into between the Parties, each party is to bear its own costs and attorney's fees.

**IT IS SO STIPULATED.**

Dated:  June 16, 2015                          KLETTER LAW FIRM LLP

                                               By: ____/s/_____
                                               Cary Kletter
                                               Sally Trung Nguyen
                                               Attorneys for Plaintiff,
                                               CAROL KUESTER


Dated:  June 16, 2015                          FISHER & PHILLIPS LLP

                                               By: ____/s/_____
                                               Jason Geller
                                               Boris Sorsher
                                               Attorneys for Defendant,
                                               SKY COURIER INC. dba DHL SAME DAY